TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00314-CV

In re Texas Pathology I, L.P., Texas Pathology, L.L.C., 

Austin Pathology Associates, Brazos Valley Pathology, P.A., 

Brenham Pathology Associates, and Metroplex Pathology Associates, Relator

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

 Relators Texas Pathology I, L.P., Texas Pathology, L.L.C., Austin Pathology
Associates, Brazos Valley Pathology, P.A., Brenham Pathology Associates, and Metroplex
Pathology Associates file their petition for writ of mandamus. See Tex. R. App. P. 52.8. We deny
relators' petition for writ of mandamus.

 __________________________________________

 Mack Kidd, Justice

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Filed: June 15, 2001

Do Not Publish